# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3387 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Chicago Regional Council of Carpenters funds vs. Concrete, Excavation, Removal LLC | | |

**DOCKET ENTRY TEXT**

This case is set for an initial status hearing on 9/16/08 at 9:30 a.m. Plaintiffs' counsel is directed to advise defendant of this date in conjunction with or immediately following service of summons.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|